EDGAR MUNSON, Appellant, *v.* JOHN MAGEE et al., as Executors of GEORGE J. MAGEE, Deceased, Respondents, Impleaded with GEORGE M. CASE and JOHN E. GOWEN.

(Submitted December 11, 1899 ; decided January 9, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 182.)

---

HARRIET R. McKIM, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

*McKim* v. *Manhattan R. Co.*, 17 App. Div. 634, affirmed.

THOMAS BUCHANAN WINTHROP, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

*Winthrop* v. *Manhattan R. Co.*, 17 App. Div. 509, affirmed.
(Argued November 27, 1899; decided January 9, 1900.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1897, affirming judgments in favor of the respective plaintiffs, entered upon decisions of the court on trial at Special Term.

*John F. Dillon, Julien T. Davies* and *Arthur O. Townsend* for appellant.

*John M. Bowers* for respondents.

*Per Curiam.* These two appeals involve the same questions which were raised in the *Kernochan Case* (161 N. Y. 339), decided at the present term, and the judgments should be affirmed upon the opinion in that case, with costs.

All concur, except PARKER, Ch. J., not sitting, and O'BRIEN, J., dissenting.

Judgments affirmed.